UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 MAY 18 PM 12: 36

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCELLOUS A. BOLTON,<br><br>Defendant. | CASE NO. 2:21 CR 86<br><br>JUDGE Watson<br><br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)<br>18 U.S.C. § 924(d)(1)<br><br>**FORFEITURE ALLEGATION**<br><br>**INDICTMENT** |

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
(Prohibited Person in Possession of a Firearm)

On or about March 13, 2021, in the Southern District of Ohio, the defendant, **Marcellous A. Bolton,** knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Ruger, SR45, .45 caliber pistol, serial number 380-05463, said firearm having been shipped and transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a).

## FORFEITURE ALLEGATION

1. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2. Upon conviction of any offense alleged in this Indictment, the defendant, **Marcellous A. Bolton,** shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in such offense, including, but not limited to:

A Ruger SR45, .45 caliber pistol, bearing Serial Number 380-05463;

Approximately twelve rounds of .45 caliber ammunition; and

A magazine with approximately ten rounds of .45 caliber ammunition.

**Forfeiture notice in accordance with 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A True Bill.

s/Foreperson
GRAND JURY FOREPERSON

VIPAL J. PATEL
ACTING UNITED STATES ATTORNEY

ELIZABETH A. GERAGHTY (0072275)
Assistant United States Attorney